IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT | ) | |
| FUNDS OF ILLINOIS, *et al*., | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | |
| | ) | NO. 09 C 4439 |
| vs. | ) | |
| | ) | JUDGE SAMUEL DER-YEGHIAYAN |
| WEAVER CONSTRUCTION, INC., | ) | |
| a corporation, and TODD WEAVER, | ) | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment against

Defendants, WEAVER CONSTRUCTION, INC., a corporation, and TODD WEAVER, an

individual, default having been entered on September 23, 2009, in the total amount of $31,359.44,

plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,861.25.

On August 3, 2009, the Summons and Complaint was served on the Defendant, Weaver

Construction, Inc., c/o Registered Agent by tendering a copy of said documents to him personally

at his place of business (a copy of the Summons and Affidavit of Service is attached hereto).

Therefore, Defendant Weaver's answer was due on August 23, 2009.

On August 23, 2009, the Summons and Complaint was served on the Defendant, Todd

Weaver, by tendering a copy of said documents to him personally, at his place of business (a copy

of the Summons and Affidavit of Service is attached hereto).  Therefore, Defendant Todd Weaver's

answer was due on September 14, 2009.

_/s/   Beverly P. Alfon_ _____

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6274459
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Hrccj\Weaver\#21497\motion.jdg.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 19th day of January 2010:

> Mr. Todd Weaver, Registered Agent/President
> Weaver Construction, Inc.
> 1853 Dovetail Point
> Sycamore, IL   60178
>
> Mr. Todd Weaver
> 1853 Dovetail Point
> Sycamore, IL   60178

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Hrccj\Weaver\#21497\motion.jdg.df.wpd