# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CARPENTERS FRINGE BENEFIT FUNDS
OF ILLINOIS, et al.

V.

WEAVER CONSTRUCTION, INC., an Illinois corporation, and TODD WEAVER, an individual

CASE NUMBER: 09 C 4439

ASSIGNED JUDGE: SAMUEL DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: NAN R. NOLAN

TO: (Name and address of Defendant)

Weaver Construction, Inc.
c/o Todd Weaver, Registered Agent/President
1853 Dovetail Point
Sycamore, IL 60178

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within **Twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

July 24, 2009
Date

COURT CASE NO. 09 C 4439

_Terrence J. Drew_ deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant or witness or garnishee was served in the following manner:

I. **Personal** service in that the above documents were personally served upon the defendant.

**DEFENDANT OR DIRECT TO:**      DESCRIPTION      DATE/TIME

(Name) _____ Male/Female ____
(Address Served) _____ Ht. ____
                                                                                  Wt. ____
                                                                                 Race ____
(City, State, Zip) _____ Age ____

II. **(Substituted Service)** Individual defendants abode by leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or upward, informing that person of its contents and also by sending a copy in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

**PERSON LEFT WITH**      DESCRIPTION      DATE/TIME

(Name) _____ / _____(Relationship) Male/Female
(Address) _____ Ht. ____ Wt. ____ Race ____
(City, State) _____ Age ____
                                                                                                 (Date Mailed)

III. **CORPORATE SERVICE**: By leaving a copy with (named individual) _Todd Weaver_,
(title) _Registered Agent / President_, and authorized to accept on behalf of said corporation, as follows:

DEFENDANT CORPORATION      DATE/TIME

(Corp. Name) _Weaver Construction, Inc._    _8/3/09_
(Address) _1853 Dovetail Point_    _2:13 p.m._
(City, State) _Sycamore, IL 60178_

IV. That he/she was unable to serve the above-named defendant at the following listed address (es) for the following detailed reasons:
_____
_____
_____
_____
_____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_8-5-09_                                                       _[signature]_
Dated                                                            (Server Signature)
                                                                     IL Lic. 117-001358